UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
                                                              :
RENE ESTRADA SANTOS,                                          :
                                                              :
                              Petitioner,                     :
                                                              :
              -v-                                             :       26 Civ. 3316 (JPC)
                                                              :
KENNETH GENALO, *et al.*,                                     :       ORDER
                                                              :
                              Respondents.                    :
                                                              :
--------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Counsel for all parties are ordered to appear before the undersigned on April 27, 2026, at 4:30 p.m., to discuss the reasons for Petitioner's filing a notice of voluntary dismissal in *Santos v. Genalo*, 26 Civ. 3313 (JPC) (S.D.N.Y. 2026), and subsequently initiating this case with an identical Petition. The conference will be held in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued. Counsel for Respondents should appear at the April 27 conference but need not make any filings.in advance of such conference.

SO ORDERED.

Dated: April 23, 2026
       New York, New York                    _____
                                                    JOHN P. CRONAN
                                             United States District Judge