UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
             :

RENE ESTRADA SANTOS,          :

           Petitioner,    :

     -v-        :       26 Civ. 3316 (JPC)

             :

KENNETH GENALO, *et al.*,     :       <u>ORDER</u>

            :

        Respondents.   :

             :
--------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     By May 8, 2026, Respondents shall explain how the Second Circuit's recent decision in *da Cunha v. Freden*, No. 25-3141-pr (2d Cir. Apr. 28, 2026), Dkt. 78, affects the instant case, if at all. In the event that Respondents oppose the Amended Petition, Respondents must respond to the Amended Petition by May 15, 2026, and Petitioner may file a reply in support of the Amended Petition by May 22, 2026.

     SO ORDERED.

Dated: April 29, 2026
      New York, New York                 JOHN P. CRONAN
                               United States District Judge