UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENE ESTRADA SANTOS,

                    Petitioner,

     - against -

KENNETH GENALO, *et al.*,

                    Respondents.

**No. 26 Civ. 3316 (JPC)**

**STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL**

WHEREAS, petitioner Rene Estrada Santas ("Petitioner") brought this habeas corpus action under 28 U.S.C. § 2241 challenging his detention by U.S. Immigration and Customs Enforcement ("ICE") and seeking an order from this Court requiring that he be released from ICE custody; and

WHEREAS, after the government opposed the amended habeas petition, Petitioner has decided not to pursue this action and wishes to be removed to Mexico promptly; therefore

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action is dismissed without prejudice and without costs or attorney's fees to either party.

New York, New York
May **20**, 2026

EDWARD J. CUCCIA, PC
Attorney for Petitioner

_____
Edward J. Cuccia, Esq.
121 Walker Street
New York, New York 10013
Tel.   (212) 966-7775
edward@nycclawfirm.com

New York, New York
May  **20**, 2026

JAY CLAYTON
United States Attorney for the
Southern District of New York
Attorney for Respondents

_____
Brandon M. Waterman
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.   (212) 637-2743
brandon.waterman@usdoj.gov

SO ORDERED:


_____
HON. JOHN P. CRONAN
United States District Judge

Petitioner's claims are dismissed without prejudice.  The Clerk of Court is respectfully directed to close the case.

SO ORDERED
May 21, 2026



JOHN P. CRONAN
United States District Judge